Christopher P. Wesierski [Bar No. 086736]
  *cwesierski@wzllp.com*
Kristen R. Rodriguez [Bar No. 289668]
  *krodriguez@wzllp.com*
WESIERSKI & ZUREK LLP
29 Orchard Road
Lake Forest, California 92630
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants COUNTY OF SAN BERNARDINO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| OMAR SANDOVAL; LINDA RODRIGUEZ; A.S a minor by and through JESS RODRIGUEZ; ALAN MADERO-SANDOVAL; and OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; CITY OF RIALTO; and DOE OFFICERS 1-10,<br><br>Defendants. | Case No. 5:25-cv-1879-AB(ASx)<br><br>**DEFENDANT COUNTY OF SAN BERNARDINO'S ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Trial Date:        None Set |

COMES NOW, COUNTY OF SAN BERNARDINO ("Defendant"), and hereby Answers the Complaint for Damages ("Complaint") filed by Plaintiffs OMAR SANDOVAL; LINDA RODRIGUEZ; A.S a minor by and through JESS RODRIGUEZ; ALAN MADERO-SANDOVAL; and OSCAR MADERO-SANDOVAL ("Plaintiffs") in the above-entitled action as follows:

/ / /

/ / /

/ / /

# INTRODUCTION

1. In answering paragraph 1, this answering Defendant admits Plaintiffs have filed a complaint for damages against the County of Rialto, the County of San Bernardino and DOE Officers 1 – 10.

2. In answering paragraph 2, this answering Defendant lacks information and belief sufficient to enable it to answer whether the incident at issue occurred on July 30, 2024, in the City of Rialto, in the County of San Bernardino and on that basis denies this allegation. Defendant denies that it violated Plaintiffs' Fourth Amendment rights and accompany rights under state law.

# JURISDICTION AND VENUE

3. In answering paragraph 3, 4 and 5, this answering Defendant admits that Plaintiffs are ostensibly invoking jurisdiction of this District Court under 28 U.S.C. § 1331 and 1343(a)(3) – (4); 28 U.S.C. § 1343; 28 U.S.C. § 1367(a); 28 U.S.C. § 1391(b) and venue in the Central District of California. Except as so admitted, this answering Defendant lack information and belief sufficient to enable it to answer thereto and basing its denial on that ground, denies generally and specifically each and every allegation contained therein.

# PARTIES AND GENERAL ALLEGATIONS

4. In answering paragraph 6, 7, 8 9 and 10, this answering Defendant lacks information and belief sufficient to enable it to answer regarding Plaintiffs' residencies, and on that basis denies.

5. In answering paragraph 11, this answering Defendant lack sufficient information and belief sufficient to enable them to answer regarding DOE OFFICERS 1-10 and on that basis denies. Defendant further lacks information and belief sufficient to enable it to answer regarding the acts, failings, and/or omissions of DOE OFFICERS 1-10 and on that basis denies these allegations. Defendant denies that it is vicariously liable to Plaintiffs.

6. In answering paragraph 12, this answering Defendant lacks information

and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

7. In answering paragraph 13, this answering Defendant admits it is a governmental entity organized and existing under the laws of the State of California in the County of San Bernardino, California. Defendant admits that it is a chartered subdivision of the State of California with the capacity to be sued. Defendant lacks information and belief sufficient to enable it to answer the allegations in this paragraph and on that basis denies the all remaining allegations

8. In answering paragraph 14, this answering Defendant admits that it, along with the City of Rialto and "Individual Officers," is being collectively referred to as "Defendants."

9. In answering paragraph 15, this answering Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

10. In answering paragraph 16, this answering Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

11. In answering paragraph 17, this answering Defendant denies these allegations.

12. In answering paragraph 18, this answering Defendant denies these allegations.

13. In answering paragraph 19, this answering Defendant denies these allegations.

14. In answering paragraph 20, this answering Defendant admits these allegations.

15. In answering paragraph 21, this answering Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations

# FACTS COMMON TO ALL CLAIMS FOR RELIEF

16. In answering paragraph 22, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

17. In answering paragraph 23, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

18. In answering paragraph 24, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

19. In answering paragraph 25, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

20. In answering paragraph 26, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

21. In answering paragraph 27, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

22. In answering paragraph 28, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations

23. In answering paragraph 29, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

24. In answering paragraph 30, Defendant admits that Plaintiffs bring seven (7) causes of action for the allegations set forth above.

///

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

# FIRST CLAIM FOR RELIEF

## Unlawful Search and Seizure in Violation of 42 U.S.C. § 1983

25. In answering paragraph 31, Defendant incorporates its responses to paragraphs 1 through 30 above.

26. In answering paragraph 32, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

27. In answering paragraph 33, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

28. In answering paragraph 34, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

29. In answering paragraph 35, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

30. In answering paragraph 36, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

31. In answering paragraph 37, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

32. In answering paragraph 38, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

33. In answering paragraph 39, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

34. In answering paragraph 40, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

35. In answering paragraph 41, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

36. In answering paragraph 42, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

37. In answering paragraph 43, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

38. In answering paragraph 44, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

39. In answering paragraph 45, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

40. In answering paragraph 46, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

41. In answering paragraph 47, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

42. In answering paragraph 48, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

43. In answering paragraph 49, Defendant lacks information and belief

sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

44. In answering paragraph 50, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

45. In answering paragraph 51, Defendant admits that Plaintiffs seeks compensatory damages, punitive damages, attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

## SECOND CLAIM FOR RELIEF

### Excessive Force in Violation of 42 U.S.C. § 1983

46. In answering paragraph 52, Defendant incorporates its responses to paragraphs 1 through 45 above.

47. In answering paragraph 53, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

48. In answering paragraph 54, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

49. In answering paragraph 55, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

50. In answering paragraph 56, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

51. In answering paragraph 57, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

52. In answering paragraph 58, Defendant lacks information and belief

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

53. In answering paragraph 59, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

54. In answering paragraph 60, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

55. In answering paragraph 61, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

56. In answering paragraph 62, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

57. In answering paragraph 63, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

58. In answering paragraph 64, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

59. In answering paragraph 65, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

60. In answering paragraph 66, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

61. In answering paragraph 67, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that

basis denies the allegations.

62. In answering paragraph 68, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

63. In answering paragraph 69, Defendant admits that Plaintiffs seeks compensatory damages, punitive damages, attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

### THIRD CLAIM FOR RELIEF

### Negligence

64. In answering paragraph 70, Defendant incorporates its responses to paragraphs 1 through 69 above.

65. In answering paragraph 71, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

66. In answering paragraph 72, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

67. In answering paragraph 73, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

68. In answering paragraph 74, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

69. In answering paragraph 75, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

70. In answering paragraph 76, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that

basis denies the allegations.

71. In answering paragraph 77, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

72. In answering paragraph 78, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

73. In answering paragraph 79, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

74. In answering paragraph 80, Defendant denies these allegations.

75. In answering paragraph 81, Defendant admit that Plaintiff seeks compensatory damages for this claim.

## FOURTH CLAIM FOR RELIEF

### False Arrest/Imprisonment

76. In answering paragraph 82, Defendant incorporates its responses to paragraphs 1 through 81 above.

77. In answering paragraph 83, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

78. In answering paragraph 84, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

79. In answering paragraph 85, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

80. In answering paragraph 86, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that

basis denies the allegations.

81. In answering paragraph 87, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

82. In answering paragraph 88, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

83. In answering paragraph 89, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

84. In answering paragraph 90, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

85. In answering paragraph 91, Defendant denies the allegations.

86. In answering paragraph 92, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

87. In answering paragraph 93, Defendant admits that Plaintiffs seek compensatory damages and punitive damages under this claim.

## FIFTH CLAIM FOR RELIEF

### Battery

88. In answering paragraph 94, Defendant incorporates its responses to paragraphs 1 through 93 above.

89. In answering paragraph 95, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

90. In answering paragraph 96, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that

basis denies the allegations.

91. In answering paragraph 97, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

92. In answering paragraph 98, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

93. In answering paragraph 99, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

94. In answering paragraph 100, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

95. In answering paragraph 101, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

96. In answering paragraph 102, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

97. In answering paragraph 103, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

98. In answering paragraph 104, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

99. In answering paragraph 105, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

100. In answering paragraph 106, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

101. In answering paragraph 107, Defendants deny these allegations.

102. In answering paragraph 108, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

103. In answering paragraph 109, Defendant admits that Plaintiffs seek compensatory damages and punitive damages under this claim.

## SIXTH CLAIM FOR RELIEF

### Negligent Infliction of Emotional Distress - Bystander

104. In answering paragraph 110, Defendant incorporates its responses to paragraphs 1 through 109 above.

105. In answering paragraph 111, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

106. In answering paragraph 112, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

107. In answering paragraph 113, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

108. In answering paragraph 114, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

109. In answering paragraph 115, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

WESIERSKI & ZUREK LLP
LAWYERS
29 ORCHARD ROAD
LAKE FOREST, CALIFORNIA 92630
(949) 975-1000

110. In answering paragraph 116, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

111. In answering paragraph 117, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

112. In answering paragraph 118, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

113. In answering paragraph 119, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

114. In answering paragraph 120, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

115. In answering paragraph 121, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

116. In answering paragraph 122, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

117. In answering paragraph 123, Defendant denies the allegations.

118. In answering paragraph 124, Defendant admits Plaintiffs seek compensatory damages under this claim.

## SEVENTH CLAIM FOR RELIEF

### Violation of the Bane Act

119. In answering paragraph 125, Defendant incorporates its responses to paragraphs 1 through 124 above.

120. In answering paragraph 126, Defendant admits that California Civil Code, Section 52.11 (the Bane Act) prohibits any person form interfering with another person's exercise or enjoyment of his constitutional rights by threats, intimidation or coercion.

121. In answering paragraph 127, Defendant admits that any individual whose exercise or enjoyment of rights secured by the Constitution or laws of this state, has been interfered with, as described in subdivision (a), may institute and prosecute in his name and on his own behalf a civil action for damages, including but not limited to, damages under Section 52, injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the rights secured, including appropriate equitable and declaratory relief to eliminate a pattern or practice of conduct as described in subdivision (a).

122. In answering paragraph 128, Defendant admits that the Bane Act, the California Constitution and California common law prohibit the use of excessive force, wrongful detention and arrest, and other civil rights violations by law enforcement. California Civil Code, Section 52.1(b) authorizes a private right of action and permits survival action for such claims. Defendant lacks information and belief sufficient to enable it to answer regarding the remaining allegations in this paragraph and on that basis denies the remaining allegations.

123. In answering paragraph 129, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

124. In answering paragraph 130, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

125. In answering paragraph 131, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

4925-6047-3697.1 SBD-00038  DEFENDANT COUNTY OF SAN BERNARDINO'S ANSWER TO COMPLAINT

126. In answering paragraph 132, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

127. In answering paragraph 133, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

128. In answering paragraph 134, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

129. In answering paragraph 135, Defendant denies these allegations.

130. In answering paragraph 136, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

131. In answering paragraph 136, Defendant lacks information and belief sufficient to enable it to answer regarding the allegations in this paragraph and on that basis denies the allegations.

132. 130. In answering paragraph 136, Defendant admits that Plaintiffs seek compensatory damages, treble damages, punitive damages and attorneys' fees under this claim.

## FIRST AFFIRMATIVE DEFENSE

133. Plaintiffs' Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

134. Because Plaintiffs' Complaint is couched in conclusory terms, this answering Defendant cannot fully anticipate all of the affirmative defenses that may be applicable to the action, accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

### THIRD AFFIRMATIVE DEFENSE

135. Plaintiffs have failed to mitigate their damages, which damages are denied to exist.

### FOURTH AFFIRMATIVE DEFENSE

136. Plaintiffs' Complaint is not maintained in good faith and with reasonable cause for purposes of 42 U.S.C. §§ 1983 and 1988.

### FIFTH AFFIRMATIVE DEFENSE

137. This answering Defendant asserts that any recovery on Plaintiffs' Complaint, or any purported claim or cause of action alleged therein, is barred in whole or in part by Plaintiffs' comparative fault.

### SIXTH AFFIRMATIVE DEFENSE

138. This answering Defendant asserts that any recovery on Plaintiffs' Complaint, or any purported claim or cause of action alleged therein, is barred in whole or in part by Plaintiffs' own conduct.

### SEVENTH AFFIRMATIVE DEFENSE

139. Pursuant to Government Code section 818, as well as *The City of Newport v. Fact Concerts, Inc.*, 453 U.S. 247 (1981), this answering Defendant is not liable for exemplary or punitive damages in any sum, or at all.

### EIGHTH AFFIRMATIVE DEFENSE

140. At all times material to this action, Defendant had reasonable and probable cause to detain, restrain and/or arrest Plaintiffs.

### NINTH AFFIRMATIVE DEFENSE

141. This answering Defendant is immune from liability pursuant to the Federal Civil Rights Act where it reasonably believed that its actions were lawful.

### TENTH AFFIRMATIVE DEFENSE

142. Plaintiffs did not sustain an injuries, if at all, sufficient to give rise to a violation of their federal civil rights.

/ / /

## ELEVENTH AFFIRMATIVE DEFENSE

143. Each of Plaintiffs claims are barred by the applicable statute of limitations.

## TWELFTH AFFIRMATIVE DEFENSE

144. That the actions of this answering Defendant in all respects was reasonable, proper, and legal.

## THIRTEENTH AFFIRMATIVE DEFENSE

145. Neither a public entity nor public employees are liable for his or her act or omission exercised in due care, in the execution or enforcement of any law.

## FOURTEENTH AFFIRMATIVE DEFENSE

146. Neither a public entity nor public employees are liable for any injury caused by the act or omission of another person.

## FIFTEENTH AFFIRMATIVE DEFENSE

147. Neither a public entity nor public employees acting in good faith, without malice, and under the apparent authority of an enactment that is unconstitutional, invalid or inapplicable, is liable for injury caused thereby, except to the extent that he or she would have been liable had the enactment been constitutional, valid and applicable.

## SIXTEENTH AFFIRMATIVE DEFENSE

148. Plaintiffs' suit is barred by the provisions of California Government Code sections 815(a-b), 815.2(b), 818.8, 820.2, 820.4, 820.8, 821.6, and 945.4.

## SEVENTEENTH AFFIRMATIVE DEFENSE

149. This answering Defendant alleges that the damages allegedly suffered by Plaintiffs, which said damages are generally and specifically denied to exist, were the result of the active and affirmative negligent acts or omissions to act of independent third parties and/or entities whose active and affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiffs' alleged damages which thereby relieves this answering Defendant from liability.

## EIGHTEENTH AFFIRMATIVE DEFENSE

150. Plaintiffs' Complaint contains cause(s) of action and facts not contained in a timely filed claim as required by Gov. Code §900 et seq., including §§901, 905, 910, 911.1, 911.2, 911.4, 911.6, 911.8, 912.4, 945.4, 945.6, 946.6, and 952 and CCP §§ 313, 342, 352(b) and therefore, is barred.

## NINETEENTH AFFIRMATIVE DEFENSE

151. Any damages or injury to Plaintiffs was proximately caused by the negligence of Plaintiffs in that Plaintiffs failed to exercise ordinary care under the circumstances. Plaintiffs are, therefore, barred from recovery herein or, if any liability is found on the part of Defendant, Plaintiffs' recovery shall be reduced by Plaintiffs' contributory, comparative negligence.

**WHEREFORE, this answering Defendant prays:**

1. That Plaintiffs take nothing by their Complaint on file herein;
2. For costs of suit incurred herein;
3. For attorneys' fees, and
4. For such additional remedies as the Court may find just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Local Rule 38-1, this answering Defendant hereby demands a jury trial as provided in Rule 38(b) of the Federal Rules of Civil Procedure.

DATED:  August 22, 2025            WESIERSKI & ZUREK LLP

By: /s/ Christopher P. Wesierski
CHRISTOPHER P. WESIERSKI
Attorneys for Defendants COUNTY OF SAN BERNARDINO