| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Christopher P. Wesierski [Bar No. 086736]<br>Kristen R. Rodriguez [Bar No. 289668]<br>WESIERSKI & ZUREK LLP<br>29 Orchard Road, Lake Forest, California 92630<br>Telephone: (949) 975-1000<br>Facsimile: (949) 756-0517<br>Email: cwesierski@wzllp.com; krodriguez@wzllp.com<br>ATTORNEY(S) FOR: Defendants COUNTY OF SAN BERNARDINO | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL; LINDA RODRIGUEZ; A.S a minor by and through JESS RODRIGUEZ; ALAN MADERO-SANDOVAL; and OSCAR MADERO-SANDOVAL<br>Plaintiff(s),<br>v.<br>COUNTY OF SAN BERNARDINO; CITY OF RIALTO; and DOE OFFICERS 1-10,<br>Defendant(s) | CASE NUMBER:<br>5:25-cv-01879-AB(ASx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   COUNTY OF SAN BERNARDINO
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| OMAR SANDOVAL | Plaintiff |
| LINDA RODRIGUEZ | Plaintiff |
| A.S a minor by and through JESS RODRIGUEZ | Plaintiff |
| ALAN MADERO-SANDOVAL | Plaintiff |
| OSCAR MADERO-SANDOVAL, | Plaintiff |
| COUNTY OF SAN BERNARDINO | Defendant |

| | |
|---|---|
| 8/22/25<br>Date | /s/ Christopher P. Wesiersk<br>Signature<br>Christopher P. Wesierski<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendants COUNTY OF SAN BERNARDINO |