GREG L. KIRAKOSIAN (SBN 294580)
[greg@kirakosianlaw.com]
**KIRAKOSIAN LAW, APC**
11684 VENTURA BLVD., SUITE 975
STUDIO CITY, CALIFORNIA 91604
TELEPHONE: (213) 986-5389
FACSIMILE:  (213) 477-2355

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA  91367
Telephone:  (818) 347-3333
Facsimile:   (818) 347-4118

*Attorneys for Plaintiffs,*
OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., a minor,
ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., a minor by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, CITY OF RIALTO, AND DOE OFFICERS 1-10,<br><br>Defendants, | Case No.: 5:25-cv-01879-AB-AS<br><br>*Hon. Judge André Birotte Jr.*<br>*Roybal – Dept. 7B*<br><br>**JOINT STIPULATION GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT**<br><br>[*Filed with Proposed Order Granting Leave; Proposed Amended Complaint; and Proposed Summons on Amended Complaint*]<br><br>Filed Date:  07/23/2025 |

**TO THE HON. ANDRÉ BIROTTE JR. AND COURT:**

**PLEASE TAKE NOTICE** that Plaintiffs and Defendants ("the Parties") hereby Jointly submit the following Stipulation Granting Plaintiffs leave to amend the currently operative Complaint to Dismiss certain parties and add Individual Officer Defendants.

By this stipulation, the Parties stipulate to *dismiss* the **COUNTY OF SAN BERNARDINO** with prejudice.

By this stipulation, the Parties stipulate to *add* **OFFICER MARTIN DE SHEPPER** and **OFFICER MICHAEL MARTINEZ** as named Defendants in this action:

**PLEASE TAKE NOTICE** that the Parties jointly agree that **GOOD CAUSE** exists to grant Plaintiffs leave to amend the Complaint on the following grounds:

WHEREAS this action arises out an Incident that occurred on July 30, 2024, and Plaintiffs allege that the Defendants' conduct, and specifically the Individual Officers, constituted or led to violations of Plaintiffs' rights.

WHEREAS, at the time of the Incident and the filing of the operative Complaint, Plaintiffs did not have the true identities of the Individual Officers that were involved in the Incident or whether they were employed by the County of San Bernardino or the City of Rialto;

WHEREAS, on September 16, 2025, the Parties held an early meeting of counsel and discussed the fact that Plaintiffs intended to and would be amending the Complaint to identify the Individual Officers as necessary Defendants in this action upon learning their true identities and dismiss the public entity that did not employ the Individual Officers;

WHEREAS, on September 23, 2025, Plaintiffs learned the true identities of the Individual Officers (as Officer Martin de Shepper and Officer Michael Martinez) who are employed by the City of Rialto. Plaintiffs promptly contacted the currently named Defendants concerning Plaintiffs' intention to seek leave to file an Amended Complaint

to identify and name the newly discovered Individual Officers and dismiss the County of San Bernardino;

WHEREAS, the foregoing stipulation would ensure that all the proper Defendants are named in the First Amendment Complaint, conserve judicial economy and resources, eliminate the need for motion practice or multiple amendments to the Complaint, as well as allow all proper parties to enter the action as quickly and expeditiously as possible;

WHEREAS, as to the COUNTY OF SAN BERNARDINO, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties that Plaintiffs hereby dismiss the County of San Bernardino and it is further stipulated that all parties shall bear their own attorney's fees and costs in this action.

WHEREAS, as to the INDIVIDUAL OFFICERS, Plaintiffs are informed and believe that these two Individual Officers were the officers that stopped, seized, used force, and engaged in the Fourth Amendment violations alleged in the Complaint. As such, they are necessary parties.

WHEREAS, granting leave to amend a complaint is generally a liberal standard, and this is the first such stipulation to amend the complaint, was brought promptly upon learning the identities of the proper parties, would not prejudice the parties, and would not require the continuation of any currently established scheduling orders by this Court;

WHEREAS, attached hereto as **Exhibit A** is a copy of the proposed First Amended Complaint, which was provided to Defendants' counsel, remains the same and unaltered in all material allegations, with the exception of removing the County of San Bernardino and adding the newly identified Individual Officers in the relevant portions of the Complaint;

WHEREAS, attached hereto as **Exhibit B** is a copy of the proposed Summons on the First Amended Complaint, which was provided to Defendants' counsel, identifies the newly added DOE Individual Officers;

**JOINT STIPULATION TO AMEND COMPLAINT**

Given the facts outlined above in this Stipulation, the Parties submit that GOOD CAUSE exists to grant Plaintiffs' leave to amend the Complaint.

**SO STIPULATED.**

Date: October 7, 2025

**KIRAKOSIAN LAW, APC**
**LAW OFFICES OF DALE K. GALIPO**

*/s/ Greg L. Kirakosian*

GREG L. KIRAKOSIAN, esq.
DALE K. GALIPO, esq.
*Attorneys for Plaintiffs*

Pursuant to the Local Rules, by my signature herein I, Greg L. Kirakosian, attest that all other signatories concur in this filing's content and have authorized this filing.

Date: October 7, 2025

**WESIERSKI & ZUREK, LLP**

*/s/ Kristen R. Rodriguez*

Christopher P. Wesierski, esq.
Kristen R. Rodriguez, esq.
*Attorneys for Defendant,*
COUNTY OF SAN BERNARDINO

Date: October 7, 2025

**BURKE, WILLIAMS & SORENSEN, LLP**

*/s/ Brian S. Ginter*

Eric S. Vail, esq.
Algeria R. Ford, esq.
Roy C. Santos, esq.
Brian S. Ginter, esq.
*Attorneys for Defendant,*
CITY OF RIALTO

**JOINT STIPULATION TO AMEND COMPLAINT**