UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., a minor by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, CITY OF RIALTO, AND DOE OFFICERS 1-10,<br><br>Defendants, | Case No.: 5:25-cv-01879-AB-AS<br><br>*Hon. Judge André Birotte Jr., Dept. 7B*<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS LEAVE TO AMEND THE COMPLAINT**<br><br>Filed Date:  07/23/2025<br>FPTC Date:  TBD<br>Trial Date:   TBD |

The Parties have stipulated to grant Plaintiffs leave to amend the currently operative Complaint to file a First Amended Complaint.

By their stipulation, the Parties stipulate to *dismiss* the **COUNTY OF SAN BERNARDINO** with prejudice.

By their stipulation, the Parties stipulate to *add* **OFFICER MARTIN DE SHEPPER** and **OFFICER MICHAEL MARTINEZ** as named Defendants in this action:

Upon review of the Stipulation and the [Proposed] First Amended Complaint, this Court hereby finds that Good Cause exists for the requested relief and the Stipulation is hereby **GRANTED**.

Plaintiffs are hereby ordered to file the First Amended Complaint and Summons on First Amended Complaint as proposed as **Exhibits A** and **B** in the Stipulation within five (5) days from the date of this Order.

**IT IS SO ORDERED**.

DATED: October 8, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE