Name, Address and Telephone Number of Attorney(s):

Gregory L. Kirakosian (SBN 294580)
[greg@kirakosianlaw.com]
KIRAKOSIAN LAW, APC
11684 Ventura Blvd., Suite 975
Studio City, California 91604
Tel: (213) 986-5389

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., BY AND THROUGH JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,

Plaintiffs

v.

CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, AND DOE OFFICERS 1-10,

CASE NUMBER:

5:25-cv-01879-AB-AS

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[X] The parties stipulate that **Richard Copeland** may serve as the Panel Mediator in the above-captioned case. **Gregory L. Kirakosian** (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on **TBD** (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: November 7, 2025

/s/ Gregory L. Kirakosian

Attorney For Plaintiffs  Omar Sandoval, Linda Rodriguez, A.S., by and through Jess Rodriguez, Alan Madero-Sandoval, and Oscar Madero-Sandoval

Dated: _____

Attorney For Plaintiff _____

Dated: November 7, 2025

/s/ Brian S. Ginter

Attorney For Defendants  City of Rialto, Officer Martin De Shepper, and Officer Michael Martinez

Dated: _____

Attorney For Defendant _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)   STIPULATION REGARDING SELECTION OF PANEL MEDIATOR