GREGORY L. KIRAKOSIAN   (SBN 294580)
  [greg@kirakosianlaw.com]
**KIRAKOSIAN  LAW,  APC**
11684 VENTURA BLVD., SUITE 975
STUDIO CITY, CALIFORNIA 91604
TELEPHONE: (213) 986-5389
FACSIMILE:   (213) 477-2355

DAL K. GALIPO   (SBN 144074)
  [dalegalipo@yahoo.com]
**LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118

*Attorneys for all Plaintiffs,*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, AND DOE OFFICERS 1-10,<br><br>     Defendants, | **Case No.: 5:25-cv-01879-AB-AS**<br><br>*Hon. Judge André Birotte Jr.*<br>*Roybal – Dept. 7B*<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER *ONLY* AS TO EXPERT DISCOVERY DEADLINES**<br><br>[*Filed with Proposed Order Granting Leave; and Declaration of Greg L. Kirakosian*]<br><br>Filed Date:   07/23/2025<br>FPTC Date:  10/23/2026<br>Trial Date:   11/16/2026 |

KIRAKOSIAN  LAW, APC

- 1 -

**JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

**TO THE HON. ANDRÉ BIROTTE JR. AND COURT:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 16(b)(4) and Section 9 of this Court's Standing Order for Civil Cases, Plaintiffs and Defendants ("the Parties") hereby Jointly submit GOOD CAUSE exists to Modify the current scheduling order *only* with respect to expert discovery deadlines based on the following:

WHEREAS, this action arises out an Incident that occurred on July 30, 2024, and Plaintiffs allege that the Defendants' conduct, and specifically the Individual Officers, constituted or led to violations under 42 U.S.C. § 1983 and related state law.

WHEREAS, the Court's Order Re: Civil Jury/Court Trial, filed on October 7, 2025 (Dkt. 23), establishes the Schedule of Pretrial and Trial Dates governing this matter. The order is as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | May 8, 2026 |
| Expert Disclosures: | May 22, 2026 |
| Expert Rebuttal: | June 5, 2026 |
| Expert Discovery Cut-Off: | July 17, 2026 |
| Last Date to Hear Motions: | July 31, 2026 |
| Mediation Completion: | August 15, 2026 |
| Trial Filings (first round): | October 2, 2026 |
| Trial Filings (second round): | October 9, 2026. |

WHEREAS, the Parties have diligently conducted discovery in this matter and have engaged in informal settlement discussions throughout the course of litigation. Based on those discussions, the Parties believe this matter is amenable to resolution through mediation.

/ / /

**JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

KIRAKOSIAN LAW, APC

WHEREAS, immediately following this Court's October 7, 2025 Order Re: Civil Jury/Court Trial, the Parties worked diligently to secure a mediator and to coordinate the schedules of all counsel and the mediator. After those efforts, on November 10, 2025, the parties were able to secure a mediation that has been scheduled for May 20, 2026. This date represents the earliest date on which the Parties and the mediator were mutually available.

WHEREAS, the current Initial Expert Disclosure deadline of May 22, 2026 falls just two days after the scheduled mediation. If the Parties are required to comply with the existing expert discovery deadlines, they will be compelled to retain and prepare expert witnesses, and incur the substantial attendant costs, before engaging in a good faith mediation to resolve this matter.

WHEREAS, the Parties are hopeful that mediation will result in a resolution of this case and believe that a 45-day continuance of the expert discovery deadlines would allow the Parties to participate in mediation and, if necessary, engage in post-mediation settlement discussions before incurring significant expert-related expenses. This continuance would serve the interests of judicial economy and the Parties by avoiding unnecessary costs in a case that may resolve without the need for expert discovery. Furthermore, if the matter does not resolve, the case would progress to trial without impacting the Court or prejudicing the Parties in any manner.

WHEREAS, the Parties therefore request that the Court modify *only* the expert discovery deadlines as follows:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Expert Disclosure (Initial) | May 22, 2026 | July 6, 2026 |
| Expert Rebuttal | June 5, 2026 | July 20, 2026 |
| Expert Discovery Cut-Off | July 17, 2026 | August 31, 2026 |

JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES

WHEREAS, the proposed continuance will not affect any other dates or deadlines in the Court's scheduling order, including the trial date of November 16, 2026, the Final Pretrial Conference date of October 23, 2026, or the Non-Expert Discovery Cut-Off date of May 8, 2026. The Parties do not anticipate that any other modifications to the pretrial schedule will be necessary.

WHEREAS, no party will be prejudiced by the requested continuance. Both Plaintiffs and Defendants agree that a brief extension of the expert discovery deadlines is warranted under the circumstances and that good cause supports this stipulation.

WHEREAS, the Parties have demonstrated diligence throughout this litigation, including the timely completion of non-expert fact discovery, the initiation of informal settlement discussions, and the securing of a mediator at the earliest mutually available date. The requested continuance is narrowly tailored to allow the Parties to pursue resolution through mediation before incurring expert costs. Neither party has been dilatory, and the requested modification will not disrupt the trial date or any other pretrial deadlines.

WHEREAS, this stipulation is supported by the accompanying Declaration of Counsel, filed concurrently herewith, and by the [Proposed] Order lodged with this stipulation.

Given the facts outlined above in this Stipulation, the Parties submit that GOOD CAUSE exists to grant Plaintiffs' leave to amend the Complaint.

**SO STIPULATED.**

/ / /

**JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

KIRAKOSIAN LAW, APC

Date:  April 11, 2026

**KIRAKOSIAN LAW, APC
LAW OFICES OF DALE K. GALIPO**

*/s/ Greg L. Kirakosian*

Greg L. Kirakosian, esq.
Dale K. Galipo, esq.
*Attorneys for all Plaintiffs*

Pursuant to the Local Rules, by my signature herein I, Greg L. Kirakosian, attest that all other signatories concur in this filing's content and have authorized this filing.

Date:  April 11, 2026

**BURKE, WILLIAMS & SORENSON, LLP**

*/s/ Brian S. Ginter*

Brian S. Ginter, esq.
Lynn L. Carpenter, esq.
*Attorneys for all Defendants*

- 5 -

**JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**