GREGORY L. KIRAKOSIAN   (SBN 294580)
  [greg@kirakosianlaw.com]
**KIRAKOSIAN  LAW, APC**
11684 VENTURA BLVD., SUITE 975
STUDIO CITY, CALIFORNIA 91604
TELEPHONE: (213) 986-5389
FACSIMILE:  (213) 477-2355

DAL K. GALIPO   (SBN 144074)
  [dalegalipo@yahoo.com]
**LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118

*Attorneys for all Plaintiffs,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, AND DOE OFFICERS 1-10,<br><br>Defendants, | **Case No.: 5:25-cv-01879-AB-AS**<br><br>*Hon. Judge André Birotte Jr.*<br>*Roybal – Dept. 7B*<br><br>**DECLARATION OF GREG L. KIRAKOSIAN IN SUPPORT OF JOINT STIPULATION TO MODIFY SCHEDULING ORDER *ONLY* AS TO EXPERT DISCOVERY DEADLINES**<br><br>Filed Date:   07/23/2025<br>FPTC Date:  10/23/2026<br>Trial Date:   11/16/2026 |

KIRAKOSIAN  LAW, APC

- 1 -

DECLARATION OF GREGORY L. KIRAKOSIAN IN SUPPORT OF
JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES

**KIRAKOSIAN LAW, APC**

## <u>DECLARATION OF GREG L. KIRAKOSIAN</u>

I, Greg L. Kirakosian, declare as follows:

1. I am an attorney who is duly admitted to practice before this Court. I am an attorney with Kirakosian Law, APC, attorneys of record for all Plaintiffs in this action.

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and as to those I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3. This declaration is submitted in support of the Joint Stipulation to Modify Scheduling Order Only as to Expert Discovery Deadlines, filed concurrently herewith.

4. At all relevant times, the Parties have diligently pursued discovery in this action. Non-expert fact discovery has proceeded on schedule, and the Parties have cooperated in the exchange of written discovery and the scheduling and completion of depositions.

5. In addition to formal discovery, the Parties have engaged in informal settlement discussions throughout the course of this litigation. Based on those discussions, all parties believe this matter is well suited for resolution through mediation.

6. Immediately following this Court's October 7, 2025 Order Re: Civil Jury/Court Trial, the Parties worked diligently to secure a mediator and to coordinate the schedules of all counsel and the mediator. After those efforts, on November 10, 2025, the parties were able to secure a mediation that has been scheduled for May 20, 2026. This date represents the earliest date on which the Parties and the mediator were mutually available.

7. Under the current scheduling order, Initial Expert Disclosures are due May 22, 2026, just two days after the scheduled mediation. Rebuttal Expert Disclosures are due June 5, 2026, and the Expert Discovery Cut-Off is July 17, 2026.

**DECLARATION OF GREGORY L. KIRAKOSIAN IN SUPPORT OF
JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

8. If the current expert discovery deadlines remain in place, the Parties will be required to retain and prepare expert witnesses, and to begin incurring substantial expert fees, before learning whether mediation will resolve this matter. Expert retention and preparation in civil rights cases of this nature typically involves significant expense.

9. The Parties are hopeful that mediation will result in a resolution of all claims. A 45-day extension of the expert discovery deadlines would allow the Parties to complete the mediation process and, if necessary, engage in further settlement discussions before incurring expert-related expenses.

10. The requested continuance will not impact the trial date of November 16, 2026, the Final Pretrial Conference date of October 23, 2026, the Last Date to Hear Motions of July 31, 2026, or any other dates or deadlines in the Court's scheduling order beyond the three expert-related dates identified herein.

11. No party will be prejudiced by the proposed continuance. Defense counsel has confirmed that Defendants consent to this stipulation and that the requested modification is acceptable to all Defendants.

12. This is the first request by the Parties to modify any deadlines in this action. Neither party has previously sought a continuance of any scheduling order deadline and do not anticipate seeking to continue any other deadlines.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on April 11, 2026, at Los Angeles, California.

/s/ *Greg L. Kirakosian*

_____
Greg L. Kirakosian

- 3 -

**DECLARATION OF GREGORY L. KIRAKOSIAN IN SUPPORT OF**
**JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

KIRAKOSIAN LAW, APC