**KIRAKOSIAN LAW, APC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, AND DOE OFFICERS 1-10,<br><br>Defendants, | **Case No.: 5:25-cv-01879-AB-AS**<br><br>*Hon. Judge André Birotte Jr.*<br>*Roybal – Dept. 7B*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER *ONLY* AS TO EXPERT DISCOVERY DEADLINES**<br><br>Filed Date:    07/23/2025<br>FPTC Date:    10/23/2026<br>Trial Date:    11/16/2026 |

- 1 -

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY EXPERT DISCOVERY DEADLINES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Parties have stipulated to modify the scheduling order *only* as to the Expert Discovery Deadlines. Having reviewed and considered the Joint Stipulation, together with the Declaration of Counsel filed in support thereof, and finding good cause therefor, **IT IS HEREBY ORDERED** that the expert discovery deadlines set forth in the Court's Order Re: Civil Jury/Court Trial (Dkt. 23) are modified as follows:

1. The deadline for Expert Disclosure (Initial) is continued from May 22, 2026 to **July 6, 2026**.

2. The deadline for Expert Disclosure (Rebuttal) is continued from June 5, 2026 to **July 20, 2026**.

3. The Expert Discovery Cut-Off is continued from July 17, 2026 to **August 31, 2026**.

4. All other dates and deadlines set forth in the Court's Order Re: Civil Jury/Court Trial (Dkt. 23) remain unchanged.

**IT IS SO ORDERED**.

DATED:                                    _____
                                          Hon. Judge André Birotte Jr.
                                          United States District Court

- 2 -

**[PROPOSED] ORDER GRANTING JOINT STIPULATION**
**TO MODIFY EXPERT DISCOVERY DEADLINES**