**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, AND DOE OFFICERS 1-10,<br><br>        Defendants. | Case No.: 5:25-cv-01879-AB-AS<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER *ONLY* AS TO EXPERT DISCOVERY DEADLINES**<br><br>Filed Date:    07/23/2025<br>FPTC Date:    10/23/2026<br>Trial Date:    11/16/2026 |

The Court **APPROVES** the parties' Stipulation and **MODIFIES** the expert discovery deadlines set in the Court's Scheduling Order (Dkt. 23) as follows:

1. The deadline for Expert Disclosure (Initial) is continued **July 6, 2026**.

2. The deadline for Expert Disclosure (Rebuttal) is continued **July 20, 2026**.

3. The Expert Discovery Cut-Off is continued to **August 31, 2026**.

4. All other dates and deadlines are unchanged.

**IT IS SO ORDERED**.

Dated: April 17, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE