Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Lynn L. Carpenter (SBN 310011)
E-mail: lcarpenter@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, and OFFICER MICHAEL MARTINEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., a minor by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, AND OSCAR MADERO-SANDOVAL,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RIALTO, OFFICER MARTIN DE SHEPPER, OFFICER MICHAEL MARTINEZ, COUNTY OF SAN BERNARDINO, AND DOE OFFICERS 1-10,<br><br>Defendants. | Case No. 5:25-cv-01879-AB-AS<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Judge: André Birotte Jr. |

TO THE HONORABLE COURT: Plaintiffs OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., a minor by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, and OSCAR MADERO-SANDOVAL ("Plaintiffs") and Defendants CITY OF RIALTO, OFFICER MARTIN DE SCHEPPER, and OFFICER MICHAEL MARTINEZ ("Defendants"), collectively "the Parties", through their counsel of record, provide notice that they have entered into a conditional settlement agreement.

On May 20, 2026, the Parties participated in mediation with mediator Rick Copeland. After the mediation, the Parties entered into a conditional settlement

agreement, contingent upon approval of the settlement by the City's Council and the Court's approval of a minor's compromise regarding plaintiff A.S. On May 26, 2026, the City's Council approved the settlement agreement.

Since that time, plaintiffs' counsel has been working to secure the needed paperwork to prepare the application for minor's compromise but will require additional time. In the interest of settlement completion and conservation of resources, the Parties jointly request that the Court vacate the pending deadlines for preparation and filing of pretrial documents, the October 23, 2026, pretrial conference, and the November 16, 2026, trial date. The Parties request that the Court instead set this matter for a post-mediation status conference in 90 days in order to allow the parties additional time to fully consummate the settlement agreement. If the settlement agreement is completed before that time, the Parties will file a stipulation and request for dismissal of this action.

Respectfully Submitted,

Dated: September 22, 2026

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ *Brian Ginter*

Brian S. Ginter
Lynn L. Carpenter
Attorneys for CITY OF RIALTO, OFFICER MARTIN DE SCHEPPER, and OFFICER MICHAEL MARTINEZ

Dated: September 22, 2026

KIRAKOSIAN LAW APC

By: /s/ *Greg Kirakosian*

Greg Kirakosian
Attorney for OMAR SANDOVAL, LINDA RODRIGUEZ, A.S., by and through JESS RODRIGUEZ, ALAN MADERO-SANDOVAL, and OSCAR MADERO-SANDOVAL