**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR SANDOVAL, et al.,<br>Plaintiff,<br>v.<br>CITY OF RIALTO, et al.,<br>Defendants. | Case No. 5:25-cv-01879-AB-AS<br><br>**ORDER OF VACATING ALL DATES AND SETTING STATUS CONFERENCE IN LIGHT OF CONDITIONAL SETTLEMENT** |

The Court has been advised that this action has been conditionally settled.

The Court therefore **VACATES** trial, final pretrial conference, and trial related deadlines. The Court **SETS** a Status Conference for January 8, 2027 at 10:00 a.m.

If the settlement agreement is completed before that time, the Parties will file a stipulation and request for dismissal of this action.

**SO ORDERED.**

Dated: September 25, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE